### A10A0934. MARCUS v. BAC HOME LOANS SERVICING LP.
(702 SE2d 9)

SMITH, Presiding Judge.

Corine Marcus has filed a timely appeal from a dispossessory order. In order for us to address the merits of this appeal, however, we must have a sufficient record before us. As the appellant, Marcus bears the burden of providing such a record. See *Hensley v. Young*, 273 Ga. App. 687, 688 (615 SE2d 771) (2005). Generally, this requires either a transcript of the evidence or an authorized substitute. See OCGA § 5-6-41 (g), (i). Here, we have neither. The record consists only of the dispossessory warrant, Marcus' answer, in which she alleges a factual defense, scheduling notices, and the court's dispossessory order. Given the paucity of the record before us, we are unable to conduct meaningful appellate review of any alleged error. Under these circumstances, we must assume the trial court ruled correctly. See *Harden v. Young*, 268 Ga. App. 619, 620 (606 SE2d 6) (2004).

*Judgment affirmed. Mikell and Adams, JJ., concur.*

DECIDED SEPTEMBER 21, 2010.

Corine Marcus, *pro se*.
*McCalla Raymer, Adam M. Silver, Melody R. Jones*, for appellee.